THE CLEVELAND CLIFFS IRON COMPANY, Respondent, *v.* OTTO KEUSCH et al., Defendants, and WILLIAMSON FORWARDING COMPANY, INC., Appellant.

*Pleading — when motion to compel plaintiff to separately state and number alleged causes of action properly denied.*

*Cleveland Cliffs Iron Co.* v. *Keusch*, 206 App. Div. 787, affirmed.

(Argued November 20, 1923; decided December 4, 1923.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 30, 1923, which unanimously affirmed an order of Special Term denying a motion to compel plaintiff to separately state and number different causes of action alleged to be set forth in the complaint.

The following questions were certified:

" 1. Do the facts alleged in the complaint in this action comprehend and embody more than one cause of action or alleged cause of action?

" 2. Should the plaintiff be required separately to state and number the causes of action stated or alleged to be stated in its complaint in this action? "

*Jacob Scholer, Chauncey E. Treadwell, John B. Richards, Ernest A. Bigelow, J. Frank McDavitt, A. G. Lampke, Lyman M. Bass* and *Simon Fleischmann* for appellant.

*Thomas C. Burke* for respondent.

Order affirmed, with costs. Both questions certified answered in the negative; no opinion.

Concur: HOGAN, POUND, CRANE and ANDREWS, JJ. Dissenting: HISCOCK, Ch. J., CARDOZO and McLAUGHLIN, JJ.